FILED
FEB 23 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

1  Your Name:        Douglas Rosenberg
2  Address:          105 Ziebach St #223, Belle Fourche, SD 57717
3  Phone Number:     (415) 295-2508
4  Fax Number:
5  E-mail Address:   rosenburgd754@gmail.com
6  Pro Se Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV23-0820

Rosenberg, Douglas

Case Number  [leave blank]

Plaintiff,

vs.

**COMPLAINT**

Reddit Inc.

DEMAND FOR JURY TRIAL

Yes ✓   No ☐

Defendant.

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name:       Douglas Rosenberg
Address:    105 Ziebach St #223, Belle Fourche, SD 57717
Telephone:  (415) 295-2508

COMPLAINT
PAGE 1 OF 6  *[JDC TEMPLATE – Rev. 05/2017]*

1  2. Defendants. [*Write each defendant's full name, address, and phone number.*]

2  Defendant 1:

3  Name: REDDIT, INC.

4  Address: 1455 MARKET STREET, SUITE 1600, SAN FRANCISCO,

5  Telephone: (415) 591-7717

7  Defendant 2:

8  Name:

9  Address:

10 Telephone:

12 Defendant 3:

13 Name:

14 Address:

15 Telephone:

**JURISDICTION**

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

☐ under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] _____

_____.

✓ under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF 6  [*JDC TEMPLATE – Rev. 05/2017*]

## VENUE

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

- [✓] a substantial part of the events I am suing about happened in this district.
- [ ] a substantial part of the property I am suing about is located in this district.
- [ ] I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.
- [✓] at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in San Franciso County, it should be assigned to the San Francisco Division of this Court.

## STATEMENT OF FACTS

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

6. 6. Reddit has unpaid contractors who and Redditors who create subreditts and edit the topics of the Reddit. Reddit also promoted Stock Manipulatation with their Super Bowl Commercial aired to 95 Millon people

COMPLAINT
PAGE 3 OF 6  *[JDC TEMPLATE – Rev. 05/2017]*

# STATEMENT OF FACTS

6. On February 7, 2021, Defendant aired a commercial during the Super Bowl, in which they referenced the "huge rally around GameStop stock" initiated by members of their WallStreetBets subreddit and how happy they were about the good things that it had accomplished

7. The number of viewers of SuperBowl from 2021 was 96.4 million

8. Defendant's WallStreetBets subreddit has over 13.5 million subscribers, and many members purchased options or stock in GME stock in the real world.

9. Many of these Members subsequently bought Securities and Options with the intent of creating a Short squeeze in the GME stock price

10. At that time Plaintiff was a resident of the United States

11. Plaintiff held positions in naked GME options on January 26th and short positions in GME stock on February 24th.

12. On January 26th and January 27th, GME stock rose significantly to 322. On January 27th, Plaintiff was forced to sell out his positions resulting in a loss in excess of 400K to meet margin calls. In February 24th, Plaintiff was sold out for margin reasons and resulted in a loss in excess of 760K.

13. The Clayton Act authorizes treble damages and attorney fees.

14. Reddit's actions in combining to increase prices on GME was an unfair business practice.

15. Reedit employs unpaid contractors called moderators or Redditors to create discussion forums and content.

16. Some the companies unpaid contractors created content

# Causes of Action

16. Defendant's actions constitute unfair business practices in violation of California Business and Professions Code § 17200.

17. Defendant's actions constitute antitrust violations in violation of the California Cartwright Act, Cal. Bus. & Prof. Code § 16700 et seq.

18. Defendant's actions constitute stock manipulation in violation of the Securities Exchange Act of 1934.

19. Defendants actions constituted an violation of the Sherman an Clayton Antitrust laws

**DEMAND FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against Defendant as follows:

1. Compensatory and punitive damages in an amount to be proven at trial;
2. Treble damages pursuant to Anti-Trust Statutes
3. Injunctive relief, enjoining Defendant from engaging in the unfair business practices, antitrust violations, and stock manipulation set forth in this complaint;
4. Reasonable attorney's fees and costs pursuant to Anti-Trust statutes
4. Reasonable attorney's fees and costs pursuant to *Cal. Civ. Pro. Code § 1021.5*
5. Any further relief as the Court deems just and proper

COMPLAINT  ROSENBERG V REDDIT INC.
PAGE 5 OF 6

Date: 02/22/23               Sign: *[signature]*

                             Print: Name: Douglas Rosenberg

COMPLAINT ROSENBERG V REDDIT INC.
PAGE 6 OF 6