


RECEIVED
FEB 23 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA



Align top of FedEx Express® shipping label here.

ORIGIN ID:BVUA (425) 830-5527
DOUGLAS ROSENBERG
12606 SE 42ND ST
BELLEVUE, WA 98006
UNITED STATES US

SHIP DATE: 22FEB23
ACTWGT: 0.25 LB
CAD: 6986181/SSF02401

BILL CREDIT CARD

TO PHILLIP BURTON FEDERAL BLDG &
US COURT HOUSE
450 GOLDEN GATE AVE

SAN FRANCISCO CA 94102
(000) 000-0000

FedEx Express

THU - 23 FEB 10:30A
TRK# 3949 4962 4181 PRIORITY OVERNIGHT

WA APCA         94102
         CA-US  SFO



Do not ship liquids, blood or clinical specimens in this packaging.



**This envelope is only for FedEx Express® shipments.**

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com** for packing tips.

Check your FedEx Express shipping document, the current FedEx Service Guide or the conditions of carriage for complete terms, conditions and limits of liability.

© 2020 FedEx 155475/155476 REV 11/20



Please recycle. See how we're connecting the world in responsible and resourceful ways at **sustainability.fedex.com**.

▼ Insert shipping document here.