UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| **Douglas Rosenberg**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**Reddit Corporation**<br>**Elon Musk**<br>**Tesla Inc.**<br><br>**Defandants** | . **NO** 4:23-cv-00820-DMR<br>**Note of Motion**<br>Leave Motion to Amend Complaint pursuant to Rule 15 |

Pursuant to Rule `15 and any other pertinent rules, Plaintiff respectfully requests the leave of the Court to amend his complaint attached as Second Amended Complaint.

Complaint has not been served on Defendants

4:23-cv-00820-DMR

Respectfully Submitted

Date: 11/14/23

Pro Se

Douglas Rosenberg

1

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

NORTHERN CALIFONIA

Douglas Rosenberg
PLAINTIFF

**Reddit Corporation
Elon Musk
Tesla Inc.**

DEFENDANTS

NO 4:23-cv-00820-DMR

Second Amended Complaint

**JURY TRIAL DEMANDED**

COMPLAINT  ROSENBERG V REDDIT INC. ET

2

Plaintiff Douglas Rosenberg files this Complaint against Defendants Reddit, Elon Musk and Tesla Inc.

**Defendant Reddit**

303 2ND STREET SUITE 500 SAN FRANCISCO, CA 94107

**Defendant Tesla Inc.**

1 Tesla Road
Austin, TX 78725

**Defendant Elon Musk**

1 Tesla Road
Austin, TX 78725

# Jurisdiction:

Jurisdiction is proper in that this case exceeds $250,000 and there is complete diversity of Plaintiff and Defendant.

Additionally, the preponderance of this complaint is the subject of Federal Law

# Personal Jurisdiction

The Court has personal Jurisdiction is proper as to all Defendants:

Defendant Reddit is a Corporation headquartered at:

303 2ND STREET SUITE 500 SAN FRANCISCO, CA 94107

COMPLAINT  ROSENBERG V REDDIT INC. ET

3

Defendant Tesla Inc is a Corporation that was headquartered up until December of 2021 in California. The events in this Complaint took place during the time Tesla was headquartered in California.

Defendant Elon Musk was at the time of all the events an employee Tesla Inc. which was Headquartered in California until December 2021.

Defendant Elon Musk owned Homes in California up until December 2021

# FACTS:

1. At all times Plaintiff was a resident of the United States
2. laintiff held positions in naked GME options on January 26th and short positions in GME stock on February 24th.
3. Plaintiff was sold out for margin reasons and resulted in a loss in excess of 1.2 Million dollars. Defendants were directly involved in manipulating the market for GME an profiting from the manipulation.

4

The SpaceX CEO <u>tweeted</u> "I am selling almost all physical possessions. Will own no house" back on May 1, 2020, and a firesale of the seven homes he and limited liability companies tied to him owned in California — many in the neighborhood of Bel Air — ensued.

In 2019, the Journal <u>reported</u> Musk owned six homes clustered in Bel Air near the Hotel Bel-Air along with a 100-year-old estate in Hillsborough, which is in northern California. All of those homes were purchased between December 2012 and January 2019 for $102 million combined.

But between June 2020 and November 2021, Musk sold off all seven homes, taking in about $128 million — which could add up to an almost $25 million profit, according to the report.

**COUNT 1 against   Elon Musk   and Tesla- Violation of   15 U.S.C. §78i(a)(1)**

**COUNT 2 against   Elon Musk   and Tesla- - U.S.C. §78i(a)(2)**

**COUNT 3 against   Elon Musk   and Tesla- - VIOLATION OF 15 U.S.C. §78i(a)(3)**

**COUNT 4 against   Elon Musk   and Tesla- OF 15 U.S.C. §78i(a)(43)**

**COUNT 5 -Violation of 15 U.S.C. § 1-1**

**COUNT 6 - Violation of** RCW 19.86

**COUNT 7 - Violations of  Business and Professions Code § 17200**

**COUNT 8- Common law Aiding and Abetting**

**COUNT 9- Violations of  RCW 21.20.010**

COMPLAINT  ROSENBERG V REDDIT INC. ET

5

5

4.

## ELON MUSK AND TESLA SETTLE SEC FRAUD CHARGES

Tesla and its chairman and CEO Elon Musk agreed to pay separate $20 million penalties and make governance changes to settle securities fraud charges brought by the SEC in late September. The charges stemmed from an incident on Aug. 7 in which Musk tweeted that he was considering taking Tesla private and had already secured funding for the move when, in fact, no such deal was in place. The misleading tweets caused Tesla's stock to jump 6% and led to significant market disruption, the SEC said. In addition to the fraud charges against Musk, Tesla was also charged with failing to have required disclosure controls and procedures relating to his tweets. As part of the settlement, Musk agreed to step down as chairman within 45 days (although he will remain CEO) and will be unable to assume that role again for three years. Tesla was also required to appoint two new independent directors to its board and put additional controls and procedures in place to monitor Musk's public communications.

6

   a. 5.

## Securities Fraud or Elon being Elon? The Forty Million Dollar Tweet

*October 25, 2018*

Blog Post | 107 KY. L. J. ONLINE | October 24, 2018

**Securities Fraud or Elon being Elon? The Forty Million Dollar Tweet**

Richard K. Simpson[1]

On August 7, 2018 Elon Musk tweeted "Am considering taking Tesla private at $420. Funding secured."[2] At the time of this tweet, Tesla stock was trading at $356.67.[3] Following the tweet, investors immediately sought clarification, wondering if the tweet was legit.[4] One might wonder why investors would consider relying on Twitter for material information about Tesla. But in 2013, Tesla filed an 8-K with the Securities Exchange Commission ("SEC") indicating that it intended to use Musk's personal Twitter account as a means of announcing material information.[5] As a result, Musk's tweet could provide important information that has a significant impact on the market. Tesla's stock closed at $379.57 that day, up 6% from the time of Musk's initial tweet.[6] On August 24, 2018, in a walk back of the statements in the tweet, Musk announced he had abandoned the plan to take Tesla private.[7] One month later on September 27, 2018, the SEC filed a complaint against Elon Musk for securities fraud.[8]

7. Elon Musk has been sued several times in Class Action suits and the SEC for Stock Manipulation

8. Elon has approximately 120 Million followers in January 2021

9. On January 26, 2021 Mr. Musk tweeted the following: See Exhibit 5 and Exhibit 7

7

b. 

c. 

d. 10.The historical accepted definition is too perform an concentrated attack on a target

11.

e. 
COMPLAINT ROSENBERG V REDDIT INC. ET

8

12. Stonk is also very close to the English word "Stomp" which has a similar meating but has wider meaing outside of the military

## stomp on
Also found in: Encyclopedia.

## stomp on (someone or something)
1. Literally, to strike, smash, or crush someone or something with one's foot.
*I stomped on the hot coals to extinguish them.*
*The group of assailants knocked the poor man down and stomped on him until he was unconscious.*
2. By extension, to subdue, suppress, of inhibit someone or something forcibly or without mercy or tact.
*My father always stomped on my dreams of becoming an actor.*
*The company made a point of stomping on any employee who so much as suggested forming a union.*
3. To defeat someone or some group with total domination.
*The returning champions stomped on the underdog challengers in a brutal 47–0 defeat*

13. Elon's Musk's occurred during business hours (9-5PM)during which Elon Musk is an Employee of Tesla Inc.

14Not only is Mr. Musk the employee but was the CEO of Tesla Inc. at the time of the Tweet

15 Mr. Musk notoriously tweeted out constantly during his tenure with Tesla during business hours and was never admonished a single time by the Company or its Board.

16. Count Aiding and Abetting against Defendant Tesla Inc

9

17 . As result of Elons Open Market manipulation, GameStop surge 600% in the aftermarket

1846. Elon's action constitute violations of the 10-b, 17-A and 9-A of the Exchange Act

**COUNT 10 against**   Reddit  **- Violation of   15 U.S.C. §78i(a)(1)**

**COUNT 11 against**   Reddit  **- - U.S.C. §78i(a)(2)**

**COUNT 12 against**   Reddit  **- - VIOLATION OF 15 U.S.C. §78i(a)(3)**

**COUNT 13 against**   Reddit  **- OF 15 U.S.C. §78i(a)(43)**

**COUNT 14** against  Reddit  **-Violation of 15 U.S.C. § 1-1**

**COUNT 15 against**   Reddit  **- Violation of** RCW 19.86

**COUNT 16 against**   Reddit  **- Violations of  Business and Professions Code § 17200**

**COUNT 17 against**   Reddit  **- Common law Aiding and Abetting**

**COUNT 18 against**   Reddit  **- Violations of  RCW 21.20.010**

10

19. On February 7, 2021, Defendant Reddit aired a commercial during the Super Bowl, in which they referenced the "huge rally around GameStop stock" initiated by members of their WallStreetBets subreddit and how happy they were about the good things that it had accomplished

20. The number of viewers of Super Bowl from 2021 was 96.4 million

21 Defendant's WallStreetBets subreddit has over 13.5 million subscribers, and many members purchased options or stock in GME stock in the real world.

22. Many of these Members subsequently bought Securities and Options with the intent of creating a Short squeeze in the GME stock price

23 The Clayton Act authorizes treble damages and attorney fees.

24 Reddit's actions in combining to increase prices on GME was an unfair business practice.

25 Reedit employs unpaid contractors called moderators or Redditors to create discussion forums and content.

26. Some the Reddit's unpaid contractors created content

27 Defendant's actions constitute unfair business practices in violation of California Business and Professions Code § 17200.

11

28. Defendants actions by advertising sought to draw in more co-conspirators into the GME Short squeeze conspiracy

29. To prove an Section 1 of the Sherman Act (15 U.S.C. § 1) Plaintiff must prove three essential elements:

30. 1. Elements of the Offense | JM | Department of Justice

31. Reddit gave Testimony to Congress (See Exhibit 8) that they were very proud of what Reddit was doing

32. Defendant attracted more participant to the conspiracy by advertising at the SuperBowl (see Exhibit 1)

> **1. Elements of the Offense**
>
> To establish a criminal violation of Section 1 of the Sherman Act (15 U.S.C. § 1), the government must prove three essential elements:
>
> A. The charged conspiracy was knowingly formed and was in existence at or about the time alleged;
> B. The defendant knowingly joined the charged conspiracy; and
> C. The charged conspiracy either substantially affected interstate or foreign commerce or occurred within the flow of interstate or foreign commerce.

Clearly there was a conspiracy among Reddit participants to drive up the price

(See Exhibit 4).

33. Co -Conspirators used Code words such as Diamond hands and HODl (Hold on for Dear Life)

34. . In a Sherman Act criminal case, general intent must be proven. Customarily, however, proof of the existence of a price fixing, or bid rigging or market allocation 24.
35. . An agreement is sufficient to establish intent to do what the defendants agreed among themselves to do.

COMPLAINT ROSENBERG V REDDIT INC. ET

The agreement need not be embodied in express or formal contractual statements. It must merely constitute some form of mutual understanding that the parties will combine their efforts for a common, unlawful purpose. The ultimate success of the venture is immaterial as long as the agreement is in fact formed.

(see https://shorturl.at/ikDEF)

36. Reddit the Corporation knowingly joined the conspiracy by Advertising during the SuperBowl. (see Exhibit 1)

37; Reddit's Super Bowl commercial Ad was a violation of Section 10-b of the Securties Act of 1933, hearafter referred as the Exchange Act

38. Reddit's Super Bowl commercial Ad was a violation of 17(a) Section of the Exchange Act (see Exhibit 1)

39. Reddit's Super Bowl commercial Ad was a violation Section 9(a) of the Exchange Act

40. The GME conspiracy succeeded because there were Millions of co-conspirators working together to drive up the price. Having Millions of small conspirators does not make it any less of a conspiracy.

41 This is Open Market manipulation

42. Quoting from Exhibit 6- "Minnesota Law Review **"… the GameStop saga demonstrates that open-market manipulation is bad for the economy and**

COMPLAINT ROSENBERG V REDDIT INC. ET

13

## should not be tolerated. Luckily, the courts can easily rectify this problem by adopting the D.C. Circuit's interpretation of 10b-5[67]—or any of a number of"

43. scholars well-reasoned standards[68]—to hold that open-market manipulation is still violative market manipulation.

44. These conspirators purchased GME stock options

45. Reddit's speech over the TV airwaves is not protected by Title 47 Section 230

46. The testimony by Reddit CEO to Congress is not protected by Title 47 Section 230

47. Steven Hoffman said during Testimony:" A few weeks ago, we saw the power of community in general and of this community in particular when the traders of WallStreetBets banded together at first to seize an investment opportunity not usually accessible to retail investors, but later more broadly to defend all retail investors against the criticism of the financial establishment"

48. There is no doubt that Reedit was aware of the conspiracy and that they were proud of it.

49. The CEO testified to Congress of this (Exhibit 6)

50. This Short squeeze could only be accomplished by drawing additional members to the conspiracy to increase the price of GME stock

51. By spending their entire advertising budget and calling the GME stock rise a Good thing, Reddit sought to attract these additional co-conspirators

14

52. Reddit said it spent its "entire marketing budget on five seconds of airtime," which could be upwards of $1 million considering that a 30-second spot reportedly costs $5.5 million this year (Reddit is valued at nearly $3 billion, according to TechCrunch). "I am really proud of what we were able to achieve with just five seconds and think it beautifully captures the heart of Reddit in our unique and brilliantly absurd tone," Reddit's chief marketing officer Roxy Young told CNN.

53. According to the attached SEC document Exhibit 3:

> "Although some short squeezes may occur naturally in the market, a scheme to manipulate the price or availability of stock in order to cause a short squeeze is illegal."

54. . Viewing Exhibit 4, Reddit users sought to cause a short squeeze in Game stop stock.

55. Defendant's actions constitute antitrust violations in violation of the California Cartwright Act, Cal. Bus. & Prof. Code § 16700 et seq.

56. Defendant's actions constitute stock manipulation in violation of the Securities Exchange Act of 1934 Section 10

57/ Defendants actions constituted an violation of the Sherman and Clayton Antitrust laws

58. Reddits actions in seeking to enlarge the pool of co-conspirators to buy GME constitute Aiding and Abetting which Violation of the SEC laws,

59. A violation of the law is a Per Se Violation of RCW 19.86.093

**RCW 19.86.093**

**Civil action—Unfair or deceptive act or practice—Claim elements.**

In a private action in which an unfair or deceptive act or practice is alleged under RCW 19.86.020, a claimant may establish that the act or practice is injurious to the public interest because it:
(1) Violates a statute that incorporates this chapter;
(2) Violates a statute that contains a specific legislative declaration of public interest impact; or
(3)(a) Injured other persons; (b) had the capacity to injure other persons; or (c) has the capacity to injure other persons.

[ 2009 c 371 § 2.]

60. Violation of a law is grounds for Violation or RCW 19.86.93

61. Reddits actions constitute violation of RCW 19.86.050

62. Reddits actions constitute a violation of RCW 19.86.030

63. Reddits actions also constitute a violation of RCW 19.86.040

64. . Elon Musk is a notorious Stock manipulator who has restraining orders against him by the SEC in 2019

65. . Defendant Reddit Corporation uses unpaid employees to act as moderators

COMPLAINT  ROSENBERG V REDDIT INC. ET

66. Plaintiff incorporates Exhibit #2 as if contained within

67. Under Federal Law this is the definition of Volunteers

> § 553.101 "Volunteer" defined.
>
> (a) An individual who performs hours of service for a public agency for civic, charitable, or humanitarian reasons, without promise, expectation or receipt of compensation for services rendered, is considered to be a volunteer during such hours.

68. Reddit does not qualify to have volunteers under Federal Law

   a. 50. Reddit admits to directing Moderators for WallStreet Bets

69. Every post on Reddit is Reddit's own responsibility and not protected by Title 47 Section 230

70. . Every conspiracy idea to manipulate GME stock is the corporations Reddits responsibility since it is Employer of the unpaid posters.

71,  Defendants actions constituted violations of 15 U.S.C. § 78t(e).

15 U.S.C. §§ 1-38

COMPLAINT  ROSENBERG V REDDIT INC. ET

## DEMAND FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

1. Compensatory and punitive damages in an amount to be proven at trial;

2. Treble damages and reasonable attorney fees pursuant to Anti-Trust Statutes **15 U.S.C. §15**

3. Damages pursuant to the Securities Act

4. Injunctive relief, enjoining Defendants from engaging in the unfair business practices, antitrust violations, and stock manipulation set forth in this complaint;

    Actual damages pursuant to RCW 19.86.090

    Treble damages pursuant to RCW 19.86.090

5. Attorney fees and costs pursuant to RCW 19.86.090

6. Reasonable attorney's fees and costs pursuant to Clayton Act

7. Damages pursuant to *Cal. Civ. Pro. Code § 1021.5*

8. Reasonable attorney's fees and costs pursuant to *Cal. Civ. Pro. Code § 1021.5*

9. Any further relief as the Court deems just and proper

## JURY DEMAND

COMPLAINT  ROSENBERG V REDDIT INC. ET

18

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the plaintiff, demands a Jury trial

Pro SE

Date:   11/14/2023 Sign:

Print:  Name: Douglas Rosenberg

COMPLAINT  ROSENBERG V REDDIT INC. ET