UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ROSENBERG,<br><br>Plaintiff,<br><br>v.<br><br>REDDIT, INC., et al.,<br><br>Defendants. | Case No. 23-cv-00820-DMR<br><br>**REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE AND REPORT AND RECOMMENDATION TO DISMISS FIRST AND SECOND AMENDED COMPLAINTS** |

Self-represented Plaintiff Douglas Rosenberg filed a complaint and an application for leave to proceed *in forma pauperis* ("IFP"). [Docket Nos. 1, 2.] On August 14, 2023, the court issued an order granting the IFP application and screening the complaint pursuant to 28 U.S.C. § 1915(e). [Docket No. 19.] The court granted Plaintiff leave to file an amended complaint addressing the deficiencies identified in the screening order by September 11, 2023. *Id*. It later granted Plaintiff an extension of time to file an amended complaint. Plaintiff timely filed an amended complaint on October 20, 2023. [Docket No. 23 (First Amended Complaint, "FAC").] He subsequently requested leave to amend the FAC and filed a second amended complaint ("SAC") on November 15, 2023. [Docket No. 24 (SAC).]

All parties have not consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636(c). Therefore, the court issues this Report and Recommendation and reassigns this case to a district judge for final disposition, with the recommendation that the amended complaint be dismissed without leave to amend.

**I.    LEGAL STANDARD**

In cases like this one that are filed without the payment of a filing fee, a court is under a continuing duty to dismiss the case filed without the payment of the filing fee whenever it determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim on which relief

1 may be granted; or (iii) seeks monetary relief against a defendant who is immune from such

2 relief." 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).  If the court dismisses a case pursuant to Section

3 1915(e)(2)(B), the plaintiff may still file the same complaint by paying the filing fee.  This is

4 because the court's section 1915(e)(2)(B) dismissal is not on the merits, but rather an exercise of

5 the court's discretion under the IFP statute.  *Denton v. Hernandez*, 504 U.S. 25, 32 (1992).

6       To make the determination under 28 U.S.C. § 1915(e)(2)(B), courts assess whether there is

7 an arguable factual and legal basis for the asserted wrong, "however inartfully pleaded." *Franklin*

8 *v. Murphy*, 745 F.2d 1221, 1227-28 (9th Cir. 1984).  Courts have the authority to dismiss

9 complaints founded on "wholly fanciful" factual allegations for lack of subject matter jurisdiction.

10 *Id.* at 1228.  A court can also dismiss a complaint where it is based solely on conclusory

11 statements, naked assertions without any factual basis, or allegations that are not plausible on their

12 face.  *Ashcroft v. Iqbal*, 556 U.S. 662, 677-78 (2009); *Bell Atl. Corp. v. Twombly*, 550 U.S. 554,

13 555 (2007); *see also Erickson v. Pardus*, 551 U.S. 89 (2007) (per curiam).

14       Although pro se pleadings are liberally construed and held to a less stringent standard than

15 those drafted by lawyers, *see Haines v. Kerner*, 404 U.S. 519, 520-21 (1972), a complaint, or

16 portion thereof, should be dismissed for failure to state a claim if it fails to set forth "enough facts

17 to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544,

18 554 (2007); *see also* Fed. R. Civ. P. 12(b)(6).  "[A] district court should not dismiss a pro se

19 complaint without leave to amend unless it is absolutely clear that the deficiencies of the

20 complaint could not be cured by amendment." *Akhtar v. Mesa*, 698 F.3d 1202, 1212 (9th Cir.

21 2012) (quotations omitted).

22 **II.   DISCUSSION**

23       Plaintiff's original complaint is described in the Screening Order.  Plaintiff sued Defendant

24 Reddit, Inc. ("Reddit"), alleging it promoted the manipulation of GameStop stock on subreddits

25 and in a February 2021 commercial and that he lost hundreds of thousands of dollars.  Screening

26 Order 3.  He alleged claims for stock manipulation in violation of the Securities Exchange Act of

27 1934; violation of the violation of the Sherman and Clayton Antitrust laws and California's

28 Cartwright Act; and unfair business practices in violation of California Business and Professions

2

Code section 17200 et seq.  The court determined that the complaint failed to allege the required elements of claims under each of the foregoing statutes.  *Id*. at 3-6.

The FAC alleges claims against Reddit and Elon Musk.  The SAC alleges the same claims against Reddit and Elon Musk and adds Tesla Inc. ("Tesla") as a Defendant.  The SAC alleges that Plaintiff "held positions in naked GME options on January 26th and short positions in GME stock on February 24th," and he "was sold out for margin reasons and resulted in a loss of excess of 1.2 Million dollars."  SAC ¶¶ 2, 3.  It alleges that "Defendants were directly involved in manipulating the market for GME an[d] profiting from the manipulation."  *Id*. at ¶ 3.

With respect to Musk, the SAC alleges that on January 26, 2021, Musk tweeted "Gamestonk!!"  The definition of "stonk" is to "perform an [sic] concentrated attack on a target."  *Id*. at ¶¶ 9-12.  Musk was Tesla's CEO at the time of his tweet.  *Id*. at ¶¶ 14.  The SAC alleges that as a result of "Elons Open Market manipulation, GameStop surge[d] 600% in the aftermarket" and that Musk's action violated the Securities and Exchange Act.  *Id*. at ¶ 17.

With respect to Reddit, the SAC alleges that on February 7, 2021, Reddit "aired a commercial during the Super Bowl" in which it "referenced the 'huge rally around GameStop stock' initiated by members of their WallStreetBets subreddit and how happy they were about the good things that it had accomplished[.]"  *Id*. at ¶ 19.  The Super Bowl had 96.4 million viewers.  The WallStreetBets subreddit "has over 13.5 million subscribers, and many members purchased options or stock in GME [GameStop Corp.] stock in the real world."  *Id*. at ¶¶ 20, 21.  The SAC alleges that "many" of the members of the subreddit "subsequently bought Securities and Options with the intent of creating a Short squeeze in the GME stock price."  *Id*. at ¶ 22.  It alleges that "Reddit's actions in combining to increase prices on GME was an unfair business practice."  *Id*. at ¶ 24.  The SAC further alleges that "Reddit has unpaid contractors called moderators or Redditors to create discussion forums and content" and that "[t]he GME conspiracy succeeded because there were Millions of co-conspirators working together to drive up the price."  *Id*. at ¶¶ 25, 40.

The SAC lists nine separate "counts" against Musk and Tesla, including violations of Section 9(a)(2) of the Securities Exchange Act, 15 U.S.C. § 78i(a)(2); violation of the Sherman Antitrust Act, 15 U.S.C. § 1; and violation of California Business and Professions Code section

17200 (the "UCL"). SAC at ECF p. 7. It lists the same nine counts against Reddit. *Id.* at ECF p. 11. The court previously laid out the elements of claims under various provisions of the Securities Exchange Act, the Sherman Act, and the UCL and explained how the complaint did not allege the required elements of the claims. Screening Order 3-6. Neither the FAC nor the SAC addresses the deficiencies identified in the Screening Order or plead non-conclusory factual allegations in support of the elements of each claim. Instead, the amended pleadings generally allege that Defendants' actions violated various statutes. *See* SAC at ECF pp. 12, 14, 16-18; FAC at ECF pp. 5, 8, 10. This is insufficient to state a claim for relief. *See Whitaker v. Tesla Motors, Inc.*, 985 F.3d 1173, 1176 (9th Cir. 2021) ("Taken together, *Iqbal* and *Twombly* require well-pleaded facts, not legal conclusions, that plausibly give rise to an entitlement to relief.").

Plaintiff has already been given an opportunity to address the issues raised in the Screening Order. Both the FAC and the SAC fail to state a claim for relief. Accordingly, the court therefore recommends that this action be dismissed without leave to amend.

### III.   CONCLUSION

For the reasons above, the court recommends that Plaintiff's FAC and SAC be dismissed without leave to amend. The Clerk is directed to reassign this case to a district judge. Any party may file objections to this report and recommendation with the district judge within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(a); N.D. Cal. Civ. L.R. 72-2.

The court refers Plaintiff to the section "Representing Yourself" on the Court's website, located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help Centers for unrepresented parties. Parties may schedule an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

**IT IS SO ORDERED.**

Dated: December 26, 2023



Donna M. Ryu
Chief Magistrate Judge

4