IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS ROSENBERG,<br>　　　Plaintiff,<br>　　v.<br>REDDIT, INC., et al.,<br>　　　Defendants. | Case No. 23-cv-00820-CRB<br><br>**JUDGMENT** |

Having adopted the Report and Recommendation in this case and dismissed the complaint without leave to amend, <u>see</u> Order Adopting R&R (dkt. 28), the Court hereby enters judgment in favor of Defendants and against Plaintiff Douglas Rosenberg.

**IT IS SO ORDERED.**

Dated: April 23, 2024

CHARLES R. BREYER
United States District Judge